■ KENNETH C. CADY et al., Respondents, v. AMSOD OF ROCHESTER, INC., et al., Defendants, and ARTHUR MURRAY, INC., Appellant.— Order insofar as appealed from denying defendant's motion for summary judgment striking the first cause of action unanimously affirmed, with costs. Order denying motion for protective order and granting plaintiff limited inspection and discovery unanimously affirmed, with costs. (Appeal from orders of Monroe Special Term denying motion for summary judgment and denying motion for a protective order.) Present — Bastow, P. J., Goldman, Del Vecchio, Witmer and Henry, JJ.

■ JOHN A. FRENCH, as Parent of LAWRENCE FRENCH, an Infant, Appellant, v. SENECA FALLS LITTLE LEAGUE, Respondent.— Judgment unanimously modified on the law and facts to the extent of granting a new trial on the question of damages only, and as so modified judgment affirmed, with costs to appellant. Memorandum: We find the amount of the jury verdict for the split and separated retina injury sustained by the infant inadequate under the facts presented in the record. In the interest of justice the damages should be reassessed at a new trial at which the only issue to be resolved should be the amount of damages to be awarded plaintiff. (Appeal from judgment of Seneca Trial Term in a negligence action.) Present — Bastow, P. J., Goldman, Del Vecchio, Witmer and Henry, JJ.